```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:11-00125

**ANTONIO JEFFRIES**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On August 20, 2024, the United States of America appeared by Jeremy Wolfe, Assistant United States Attorney, and the defendant, Antonio Jeffries, appeared in person and by his counsel, L. Thompson Price, for a hearing on the petition, and amendment, seeking revocation of supervised release submitted by Senior United States Probation Officer M. Dylan Shaffer. The defendant commenced a 3-year term of supervised release in this action on October 8, 2021, as more fully set forth in the Judgment in a Criminal Case entered by the court on October 11, 2011, and the Supervised Release Revocation and Judgment Order Memorandum Opinion and Order entered on October 5, 2021.

The court heard the admissions of the defendant, and the representations and arguments of counsel.

Pursuant to the court's findings of fact and conclusions of law as enumerated in open court on the record of this proceeding, which are ORDERED incorporated herein by reference, the court finds by a preponderance of the evidence that the defendant has violated the conditions of his supervised release as follows: (1) on each February 3, 2022, and March 1, 2022, the defendant provided a urine specimen that tested positive for marijuana, and following each instance he signed a voluntary admission form acknowledging his conduct; (2) on April 25, 2022, the defendant provided a urine specimen that tested positive for marijuana; (3) on October 25, 2022, the defendant admitted to the probation officer that he ingested marijuana approximately two weeks prior; and, (3) between November 2022, and March 2023, the defendant committed an offense under Title 21, U.S.C. § 846, being that of conspiracy to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and during which, on February 4, 2023, the defendant, with the help of a co-conspirator, did obtain approximately 3,127 grams of methamphetamine for distribution; all as admitted by the defendant except as to violation (3) set forth above as to which the defendant admits the United States has sufficient evidence to prove violation (3) by a preponderance of the evidence; and all as set forth in the

petition on supervised release, and amendment to petition, and by the court's findings on the record of the hearing.

And the court finding, as more fully set forth on the record of the hearing, that the violations found as set forth above warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32.1(b)(2) and (c)(1) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of THIRTY (30) MONTHS with no further term of supervised release imposed in this criminal action, all as set forth on the record of this proceeding.  The court finds the sentence is sufficient but not greater than necessary to meet the goals of sentencing.

**The defendant was remanded to the custody of the United States Marshal.**

**The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.**

DATED: August 22, 2024

_____
John T. Copenhaver, Jr.
Senior United States District Judge

4